IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEMETRIUS FLOWERS, | * |
| Plaintiff, | * |
| vs. | *  No. 3:07CV00166 SWW |
| TIFFANY SKAGGES. ET AL., | * |
| Defendants. | * |

**Order**

Plaintiff Demetrius Flowers filed this action on November 5, 2007, complaining about his treatment when he was confined in the Craighead County Jail. As defendants, he names two nurses at the jail as well as the officer he claims booked him into jail. Plaintiff alleges denial of adequate medical care and interference with his legal mail. Because portions of plaintiff's complaint were too vague to determine whether he had stated a viable claim pursuant to 42 U.S.C. § 1983, the court directed plaintiff, who is no longer in custody, to file an amended complaint, specifying the relief he seeks, the capacity in which he is suing defendants, whether he was a pretrial detainee or convicted prisoner at the time of the complaint, how each of the three defendants failed to provide him with medical care and/or interfered with his legal mail, and how he was actually harmed. The court directed plaintiff to file the amended complaint on or before December 13, 2007. The court informed plaintiff that failure to comply with the order could result in the dismissal of his case.[1]

---

[1] In an Order dated November 29, 2007, the Court reminded plaintiff of his duty to file an amended complaint by December 13, 2007.

Plaintiff failed to timely file an amended complaint. The Court finds the complaint should be dismissed without prejudice.

IT IS THEREFORE ORDERED that plaintiff's complaint be and is hereby dismissed without prejudice. His motions to proceed *in forma pauperis* [docket entries 5 & 6] are denied as moot.

DATED this 17th day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE